UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,　　　　　　　　　　　Civil No. 2:11-cv-14374
　　　　　　　　　　　　　　　　　　　　　Honorable Robert H. Cleland
vs.　　　　　　　　　　　　　　　　　　　Magistrate Judge Paul J. Komives

EIGHT THOUSAND SEVEN
HUNDRED TWENTY-SIX DOLLARS
($8,726.00) IN U.S CURRENCY,

        Defendant *in rem*.
_____/

## **DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE**

This matter having come before the Court on Plaintiff's Motion for Entry of Default Judgment and Final Order of Forfeiture, and the Court being fully advised in the premises, it is:

ORDERED, ADJUDGED and DECREED that the Plaintiff's Motion for Entry of Default Judgment and Final Order of Forfeiture is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Defendant Currency, Eight Thousand Seven Hundred Twenty-Six Dollars ($8,726.00) in United States currency is hereby FORFEITED to the United States of America pursuant to 18 U.S.C. § 881(a)(6).

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the right, title and ownership interest of Christopher Dukes, or his successors and assignees, in such currency, and any right, title and interest of all other persons, is hereby and forever EXTINGUISHED, and clear title to such currency is hereby VESTED in the United States of America.

2

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the United States Marshal Service for the Eastern District of Michigan, or its delegate, is hereby AUTHORIZED to dispose of such currency in accordance with law.

s/Robert H. Cleland<br>
ROBERT H. CLELAND<br>
UNITED STATES DISTRICT JUDGE

Dated: March 12, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 12, 2012, by electronic and/or ordinary mail.

s/Lisa Wagner<br>
Case Manager and Deputy Clerk<br>
(313) 234-5522